# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>           Plaintiff,<br><br>    v.<br><br>RONALD VOGEL,<br><br>           Defendant.<br>_____/ | CASE NO. 1:10-cv–01701-AWI-BAM PC<br><br>ORDER GRANTING DEFENDANT'S REQUEST AND WITHDRAWING MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>(ECF Nos. 22, 29) |

Plaintiff Kevin Fields is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the second amended complaint, filed January 19, 2012, against Defendant Vogel for retaliation in violation of the First Amendment. On March 30, 2012, Defendant Vogel filed a motion to revoke Plaintiff's in forma pauperis status and dismiss this action. (ECF No. 22.) Plaintiff filed an opposition on May 1, 2012, and Defendant filed a request to withdraw his motion on May 7, 2012. (ECF No. 29.)

Defendant states that after considering Plaintiff's opposition, he requests that his motion to revoke Plaintiff's in forma pauperis status be withdrawn. Accordingly, Defendant's request to withdraw the motion to revoke Plaintiff's in forma pauperis status, filed May 7, 2012, is GRANTED, and Defendant's motion, filed March 30, 2012, is WITHDRAWN by Defendant's request. The motion is terminated.

IT IS SO ORDERED.

Dated:   May 8, 2012                        /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

1