IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | 1:10-cv-01701-AWI-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY |
| vs. | (ECF No. 38) |
| | SIXTY-DAY DEADLINE |
| RONALD VOGEL, et al., | ORDER REQUIRING DEFENDANT VOGEL TO RESPOND TO PLAINTIFF'S ASSERTIONS REGARDING DISCOVERY RESPONSES |
| Defendants. | |
| _____/ | |

     Plaintiff Kevin E. Fields ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 2, 2013, Plaintiff filed the instant motion to extend the January 8, 2013 discovery deadline an additional sixty (60) days. Plaintiff reports that he served Defendant Vogel with a second request for interrogatories, admissions and production of documents on September 30, 2012, but Defendant Vogel has not responded. Plaintiff asks for additional time so that he can meet and confer with Defendant Vogel's counsel prior to Plaintiff having to file a motion to compel. Defendant Vogel did not file an opposition to Plaintiff's motion for an extension of time. Local Rule 230(l).

     Good cause having been presented to the court and GOOD CAUSE APPEARING

THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is granted sixty (60) days from the date of service of this order in which to complete discovery; and

2. Defendant Vogel shall respond to Plaintiff's assertions regarding the failure to respond to discovery within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 25, 2013**              /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE